# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. GARY, | Case No. 1:18-cv-00612-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE |
| v. | |
| KINCAID, et al., | (ECF No. 9) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* FOR A **NON-PRISONER** OR PAY FILING FEE |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Reginald A. Gary ("Plaintiff") is a civil detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 26, 2018, in the United States District Court for the Central District of California. This action was transferred to the Eastern District on May 4, 2018. That same day, the Court ordered Plaintiff to file an application to proceed *in forma pauperis* for a non-prisoner or to pay the $400.00 filing fee for this action. (ECF No. 6.)

On May 29, 2018, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 9.) The application was incomplete. In response to question 3, Plaintiff reported that over the last twelve months he has received money from "other sources," but he failed to describe the source of the money, the amount received, and if he expected to receive additional amounts. (Id. at 1.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a **non-prisoner**, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
2. No extension of time will be granted without a showing of good cause; and
3. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **May 31, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE