# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. GARY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KINCAID, et al.,<br><br>　　　　Defendant. | Case No. 1:18-cv-00612-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AS A NON-PRISONER<br><br>(ECF No. 11) |

Plaintiff Reginald A. Gary ("Plaintiff") is a civil detainee appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff initiated this action on April 26, 2018 in the United States District Court for the Central District of California. The action was transferred to the Eastern District on May 4, 2018. On May 4, 2018, the Court issued an order directing Plaintiff to either pay the $400.00 filing fee or submit a non-prisoner application to proceed in forma pauperis. (ECF No. 6.) On May 29, 2018, Plaintiff filed a motion to proceed in forma pauperis as a non-prisoner. (ECF No. 9.) The Court denied the motion without prejudice on June 1, 2018, due to Plaintiff's failure to describe the source and amounts of "other income" received over the past twelve months, and whether Plaintiff expected to receive additional amounts. (ECF No. 10.)

1

Currently before the Court is Plaintiff's renewed motion to proceed in forma pauperis as a non-prisoner, filed June 8, 2018. (ECF No. 11.)

Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis as a non-prisoner, (ECF No. 11) is GRANTED.

IT IS SO ORDERED.

Dated: **June 12, 2018**          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE